**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 21-05218 |
|     Armando Cortina | ) | | |
| | ) | Chapter: | Chapter 7 |
|              Debtor | ) | | |
| | ) | Judge: | Donald R. Cassling |

## NOTICE OF MOTION

**TO:** See attached list

PLEASE TAKE NOTICE that on **August 31, 2021 at 9:30 a.m.**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the **MOTION TO REOPEN BANKRUPTCY FOR THE LIMITED PURPOSE OF CORRECTING DEBTOR'S SOCIAL SECURITY NUMBER**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                      **By:**    */s/ Lizette Villegas*
                                                                Lizette Villegas
                                                                 Geraci Law L.L.C.
                                                                 55 E. Monroe Street #3400
                                                                 Chicago, Illinois 60603
                                                                 312.332.1800
                                                                 ndil@geracilaw.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | **21-05218** |
|    **Armando Cortina** | ) | | |
| | ) | **Chapter:** | **Chapter 7** |
|              **Debtor** | ) | | |
| | ) | **Judge:** | **Donald R. Cassling** |

**CERTIFICATE OF SERVICE**

   I, Lizette Villegas, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on August 9, 2021 before 5:30 p.m.

**LIST OF PARTIES SERVED**

N. Neville Reid, Fox Hefter Swibel Levin, et.al 200 W. Madison St. # 3000, Chicago, IL 60606

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Armando Cortina, 2528 Clinton St., River Grove, IL 60171

ALL CREDITORS ON THE ATTACHED LIST

Armando Cortina
2528 Clinton St.
River Grove, IL 60171

American Family IN.
C/O Credit Collection SERV
725 Canton St
Norwood MA 02062

BANK OF America
Attn: Bankruptcy Dept.
Po Box 982238
El Paso TX 79998

Capital ONE BANK USA N
Attn: Bankruptcy Dept.
Po Box 31293
Salt Lake City UT 84131

CBNA
Attn: Bankruptcy Dept.
50 Northwest Point Road
Elk Grove Village IL 60007

CBNA
Attn: Bankruptcy Dept.
50 Nw Point Blvd
Elk Grove Village IL 60007

CITI
Attn: Bankruptcy Dept.
Po Box 6190
Sioux Falls SD 57117

Discover BANK
Attn: Bankruptcy Dept.
502 E Market St
Greenwood DE 19950

First National BANK
Attn: Bankruptcy Dept.
1620 Dodge St
Omaha NE 68197

FNB Omaha
Attn: Bankruptcy Dept.
Po Box 3412
Omaha NE 68103

Illinois Housing Development Authority
Bankruptcy Dept.
111 E. Wacker Drive, Suite 1000
Chicago IL 60601

Jpmcb CARD
Attn: Bankruptcy Dept.
Po Box 15369
Wilmington DE 19850

THD/CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

US BANK HOME Mortgage
Attn: Bankruptcy Dept.
4801 Frederica St
Owensboro KY 42301

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No:    21-05218 |
|     Armando Cortina ) | Chapter:    Chapter 7 |
|     Debtor, ) | |
| ) | Judge:  Donald R. Cassling |
| ) | |

## MOTION TO REOPEN BANKRUPTCY FOR THE LIMITED PURPOSE OF CORRECTING DEBTOR'S SOCIAL SECURITY NUMBER

NOW COMES the Debtor, Mr. Armando Cortina (the "Debtor"), by and through his attorneys, Geraci Law LLC, to present his **MOTION TO REOPEN BANKRUPTCY FOR THE LIMITED PURPOSE OF CORRECTING DEBTOR'S SOCIAL SECURITY NUMBER** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157.

2. The Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code (the "Code") on 04/21/2021.

3. The Trustee's meeting was held on 05/20/2021 and a no asset report was issued on 06/02/2021.

4. The Debtor was discharged 07/20/2021 and the case was closed on 07/23/2021.

5. After the case was closed, it was discovered that through a clerical error the Debtor's social security was incorrectly listed on the petition.

6. That debtor's wishes to re-open the estate so that the amended statement of Social Security Number may be filed with the Court.

WHEREFORE, the Debtor, Mr. Armando Cortina, prays that this Court enter an order reopening his bankruptcy for the limited purposes of correcting his social security number and to grant such other relief as this Court seems just.

          Respectfully submitted,

          */s/Lizette Villegas*
          Lizette Villegas

**Attorneys for the Debtor**
Geraci Law LLC
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800